1  John V. Bell, SBN. 199142
   **PACIFIC LAW CENTER**
2  4225 EXECUTIVE SQUARE
   SUITE 1550
3  LA JOLLA, CA 92037
   (888) 789-0123; FAX (858) 366-0450
4

5  Attorney for Plaintiffs,
   BESSIE JOHNSON, CHARLIE JOHNSON
6

FILED
07 MAR 28 PM 3: 49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE JOHNSON, CHARLIE JOHNSON and as surviving heirs of DARRYL JOHNSON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE PROTECTIVE AGENCY K-9 & INVESTIGATIVE SERVICES, INC., FRANKLIN R. WHITELEY, PARK CREST APARTMENTS, CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT AND DOES 6-100, Inclusive.<br><br>Defendants. | CIVIL RIGHTS COMPLAINT (42 U.S.C. § 1983)<br><br>JURY TRIAL DEMANDED<br><br>CIVIL NO. 07CV 0570 J AJB |

### A. JURISDICTION

1.   Jurisdiction is proper in this court under 42 U.S.C. § 1983.

2.   Plaintiffs BESSIE JOHNSON and CHARLIE JOHNSON are adults who reside in the City of San Diego, State of California.

3.   Defendant EXECUTIVE PROTECTIVE AGENCY K-9 INVESTIGATIVE SERVICES, INC., upon information and belief, is a business in the State of California which provides security services for properties. At all relevant times, said defendant was responsible to provide trained operators to respond to the needs and to maintain contact with

the Officers and Supervisors in the field and to provide safety and reduce liability by employing the properly-trained personnel for their particular job sites.

4. Defendant FRANKLIN R. WHITELEY, upon information and belief, is a citizen of San Diego County, State of California, and is the owner of EXECUTIVE PROTECTIVE AGENCY K-9 INVESTIGATIVE SERVICES, INC. (hereinafter referred to as "EXECUTIVE". At all relevant times, said defendant was responsible for his personnel at the time of the claims set forth herein, responsible for setting and enforcing the policies and procedures for the supervision, care, custody and control of his employees.

5. Defendant PARK CREST APARTMENTS, upon information and belief, is a privately owed apartment complex of the City of San Diego.

6. Defendant CITY OF SAN DIEGO, upon information and belief, is a municipality.

7. Defendant SAN DIEGO POLICE DEPARTMENT, upon information and belief, is operated under the authority of defendant, City of San Diego.

8. Does 6-100 at all relevant times, were other presently unknown deputies, security personnel, acting agents and/or other employees of San Diego Police Department responsible for carrying out the aforestated policies and procedures of the above referenced defendant, City of San Diego and San Diego Police Department.

### B. NATURE OF THE CASE

9. On or about July 17, 2006 plaintiffs' decedent Darryl Johnson was riding his bicycle on Logan Street when he was attacked and tackled by a security guard who at that time was working for defendant, EXECUTIVE and/or PARK CREST APARTMENTS.

10. In addition, Officers Does 6 – 100 employed by the City of San Diego and/or San Diego Police Department joined in and attacked and beat decedent in a case of apparent mistaken identity.

11. Upon information and belief the decedent was repeatedly struck in the head by the security guard employed by defendant EXECUTIVE and police officer(s) of the San Diego Police Department.

12. Thereafter, plaintiff's decedent was handcuffed and transported via ambulance to Paradise Valley Hospital where he was diagnosed with anoxic brain damage and acute respiratory failure which resulted in his death on July 23, 2006.

### C. FIRST CAUSE OF ACTION FOR VIOLATION OF EIGHTH AND FOURTEENTH AMENDMENT RIGHTS OF DECEDENT BY THE CITY OF SAN DIEGO AND SAN DIEGO POLICE DEPARTMENT

13. Plaintiffs repeat and reiterate each and every allegation set forth in paragraphs 1-12 as if more fully set forth herein.

14. At all relevant times plaintiffs' decedent was unarmed, had no lethal weapons of any nature in his hand or on his person, and was acting in a lawful manner, all of which was plainly obvious to the defendants.

15. Defendants DOES 6 - 100, as employees of the City of San Diego and San Diego Police Department without legal justification or provocation, used excessive and unreasonable force in beating, choking and inflicting fatal injuries to plaintiffs' decedent.

16. Defendants' use of excessive, unreasonable and lethal force on plaintiffs' decedent violated his Constitutional rights to be free from cruel and unreasonable punishment pursuant to the Eighth and Fourteenth Amendments of the United States Constitution.

17. As a direct and proximate result of the aforestated acts of defendants, individually and collectively for which defendant, City of San Diego and San Diego Police Department are vicariously liable, plaintiffs' decedent sustained fatal injuries resulting in his death on July 23, 2006.

///

///

### D. SECOND CAUSE OF ACTION IN NEGLIGENCE

18. Plaintiffs repeat and reiterate each and every allegation set forth in paragraphs 1-17 as if more fully set forth herein.

19. At all relevant times the excessive, unreasonable and lethal use of force by defendants and employees of EXECTIVE upon the person of plaintiffs' decedent were acts of negligence which proximately and directly resulted in the death of plaintiffs' decedent on July 23, 2006.

20. This court's pendent jurisdiction is invoked with respect to the above asserted claims of negligence.

21. As a direct result of the violations of plaintiffs' decedent's civil rights as secured to him by the Constitution, and the breach of the duty owed to him by defendants under both federal and state laws, plaintiffs have been permanently deprived of love, affection, companionship, guidance and society of Darryl Johnson, have incurred medical and funeral related expenses on his behalf, and have otherwise been damaged in a sum to be determined by this court.

22. Plaintiffs BESSIE JOHNSON and CHARLIE JOHNSON are the parents of decedent.

WHEREFORE, plaintiffs demand judgment on all counts against defendants in a sum to be determined together with the costs and disbursements of this proceeding.

Dated: March 27, 2007

Respectfully submitted,

By: _____
John V. Bell
Attorney for Plaintiffs

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Bessie Johnson, Charlie Johnson and as surviving heirs of Darryl Johnson, deceased

**DEFENDANTS**
Executive Protective Agency K-9 & Investigative Services, Inc. Franklin R. Whiteley, Park Crest Apartments, San Diego, San Diego Police Department and Does 6-100, Inclusive.

07 MAR 28 PM 3:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
San Diego
DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
John J. Bell, Esq. # 199142
Pacific Law Center
4225 Executive Square, Suite 1550
La Jolla, CA 92037

**ATTORNEYS (IF KNOWN)**
'07CV 0570 J   AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**
- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- X 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury- Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 660 Occupational Safety/Health | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 370 Other Fraud | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | X 360 Other Personal Injury | 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**
- X 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appelate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** YES / NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ___ Docket Number ___

DATE 3/27/07   SIGNATURE OF ATTORNEY OF RECORD   /s/ John V. Bell

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

136535  $350  See 3/28/07

```
UNITED STATES
DISTRICT COURT
Southern District of California
San Diego Division

# 136535 - A2
March 28, 2007

Code        Case #        Qty      Amount

CV086900  3-07-CV-0570            60.00 CH
  Judge   - JONES
CV086400                         100.00 CH
CV510000                         190.00 CH


Total->                          350.00


FROM: CIVIL FILING
      BESSIE JOHNSON ET AL V.
      EXECUTIVE PROTECTION AGENCY
      BCH 1031  5.
```