# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE JOHNSON, CHARLIE JOHNSON and as surviving heirs of DARRYL JOHNSON. deceased.<br>vs<br>EXECUTIVE PROTECTIVE AGENCY K-9 & INVESTIGATIVE SERVICES, INC., FRANKLIN R. WHITELEY, PARK CREST APARTMENTS, CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT AND DOES 6-100, Inclusive. | FILED<br>2007 MAR 29  PM 3: 26<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____RM_____DEPUTY<br><br>SUMMONS IN A CIVIL ACTION<br>Case No. '07CV 0570 J  AJB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John V. Bell, SBN. 199142,
PACIFIC LAW CENTER
4225 EXECUTIVE SQUARE, SUITE 1550
LA JOLLA, CA 92037

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | MAR 2 9 2007 |
|---|---|
| CLERK | DATE |
| R. MULLEN (SEAL)<br>By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)