Douglas J. Munro, Esq. (SBN 144843)
AULT, SCHONFELD, JORDAN & MUNRO, LLP
1320 Columbia Street, Ste. 200
San Diego, CA  92101
(619)  544-8300; Fax: (619) 338-0017

Attorneys for Defendants EXECUTIVE PROTECTION AGENCY K-9 & INVESTIGATIVE SERVICES, INC. (erroneously sued herein as EXECUTIVE PROTECTIVE AGENCY K-9 & INVESTIGATIVE SERVICES, INC.) and FRANKLIN R. WHITELEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE JOHNSON, CHARLIE JOHNSON, and as surviving heirs of DARRYL JOHNSON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE PROTECTIVE AGENCY K-9 & INVESTIGATIVE SERVICES, INC., FRANKLIN R. WHITELEY, PARK CREST APARTMENTS, CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT AND DOES 6-100, Inclusive,<br><br>Defendants. | Case No. 07-CV-0570 J (AJB)<br><br><br><br><br>**CERTIFICATE OF ECF SERVICE** |

I, the undersigned, declare:  That I am now and at all times herein mentioned have been over the age of eighteen years, a resident of and/or employed in the County of San Diego, California, and not a party to the within action or cause; that my business address is 1320 Columbia Street, Suite 200, San Diego, California  92101; and that I served the following documents:

**DEFENDANTS EXECUTIVE PROTECTION AGENCY K-9 & INVESTIGATIVE SERVICES, INC.'S AND FRANKLIN R. WHITELEY'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

by attaching a copy and transmitting it through the Court's Electronic Case Filing system for electronic service upon the following individuals pursuant to General Order No. 550:

///

| ATTORNEYS OF RECORD | PARTIES |
|---|---|
| Giles de Sureval Townsend<br>PACIFIC LAW CENTER<br>4225 Executive Square, Suite 1550<br>La Jolla, CA 92037 | Attorney for Plaintiffs<br>BESSIE JOHNSON and CHARLIE JOHNSON, as surviving heirs of Darryl Johnson, deceased<br>Telephone: (888) 789-0123<br>Facsimile: (858) 366-0450<br>Email: mvaisman@pacificlawcenter.ws |
| Walter Clement Chung<br>OFFICE OF THE CITY ATTORNEY<br>1200 3rd Avenue, Suite 1100<br>San Diego, CA 92101 | Attorneys for Defendants<br>CITY OF SAN DIEGO and SAN DIEGO POLICE DEPARTMENT<br>Telephone: (619) 533-5800<br>Facsimile: (619) 533-5856<br>Email: wchung@sandiego.gov |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 9, 2007 at San Diego, California.

*/s/ Kelly Carpenter*

Kelly Carpenter

CERTIFICATE OF ECF SERVICE                                                          07-CV-0570 J (AJB)