UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE JOHNSON, as a surviving heir of Darryl Johnson; CHARLIE JOHNSON, as a surviving heir of Darryl Johnson,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>EXECUTIVE PROTECTIVE AGENCY K-9 & INVESTIGATIVE SERVICES, INC., et al.,<br><br>　　　　　　　Defendants. | Civil No. 07CV0570 J (AJB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled for oral argument on this Court's calendar for June 4, 2007, is Defendants City of San Diego and San Diego Police Department's Motion to Dismiss. [Doc. No. 4.] The Court finds the Motion suitable for determination on the papers submitted and without oral argument pursuant to Local Civil Rule 7.1.d.1. *See* S.D. Cal. Civ. R. 7.1.d.1 (2006). Accordingly, no appearances are required on June 4, 2007.

**IT IS SO ORDERED**.

DATED: May 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Magistrate Judge Battaglia
　　All Counsel of Record

1

07CV07570 J (AJB)