# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE JOHNSON, CHARLIE JOHNSON, as surviving heirs of DARRYL JOHNSON, deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EXECUTIVE PROTECTIVE AGENCY K9 & INVESTIGATIVE SERVICES INC., FRANKLIN R. WHITELEY, PARK CREST APARTMENTS, CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, and DOES 6-100, inclusive,<br><br>　　　　　　　　Defendants. | Civil No. 07cv0570-J (AJB)<br><br>**ORDER VACATING PRETRIAL CONFERENCE** |

　　A Pretrial Conference is currently scheduled on this Court's calendar for August 31, 2009. Because there are several motions related to this case [*see* doc. nos. 63, 75, 76, 77, and 86] pending before the Court, the Court now finds it appropriate to postpone the Pretrial Conference. Accordingly, the Pretrial Conference set for August 31, 2009 is hereby **VACATED**. The Court will reschedule the Pretrial Conference after it has ruled on the pending motions.

　　**IT IS SO ORDERED**.

DATED: July 29, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge