UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE JOHNSON, CHARLIE JOHNSON and as surviving heirs of DARRYL JOHNSON, deceased,<br><br>    Plaintiffs,<br>v.<br>EXECUTIVE PROTECTIVE AGENCY K-9 & INVESTIGATIVE SERVICES, IN., et. al.,<br><br>    Defendants. | Civil No.07cv0570 JAH (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>[Doc. No. 184] |

Plaintiff and Defendants Executive Protection Agency K-9 & Investigative Services, Inc., Brian Sullivan and Luis Lara filed a joint motion to dismiss, styled as stipulation for dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, **IT IS HEREBY ORDERED** the joint motion is **GRANTED** and the action is **DISMISSED with prejudice** as to Defendants Executive Protection Agency K-9 & Investigative Services, Inc., Brian Sullivan and Luis Lara.

DATED: August 28, 2012

_____
JOHN A. HOUSTON
United States District Judge

07cv570